IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SONYA I. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 15-cv-5731 |
| | ) | |
| vs. | ) | Illinois State Court Case No: |
| | ) | 2015 L 005446 |
| GREYHOUND LINES, INC. | ) | |
| A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that the Defendant, GREYHOUND LINES, INC., by and through its attorneys, PATTON & RYAN, LLC, and pursuant to 28 U.S.C. §1446, hereby petitions this Court for removal based on 28 U.S.C. §§1332 and 1441. In support of this Notice of Removal, Defendant alleges and states as follow:

Introduction

1. This civil action was originally filed in the Circuit Court of Cook County, Illinois on May 29, 2015.

2. Defendant was served at its registered agent a copy of the Summons and Complaint on June 1, 2015. The entirety of all pleadings, process, orders and other filings as required by 28 U.S.C. §1446(b) are attached hereto as the following exhibits:

    a. Exhibit "A": Plaintiff's Complaint

3. Defendant hereby timely file this Notice of Removal within the thirty (30) days time period required by 28 U.S.C. §1446(b).(See summons attached as Exhibit "B")

Basis for Removal

4. Removal is proper because the United States District Court has original jurisdiction through complete diversity of citizenship between the parties. *See 28 U.S.C. §1332.*

5. Plaintiff is domiciled in Cook County, Illinois and therefore Plaintiff is a citizen of the State of Illinois.

6. Under the general diversity statute, a corporation is deemed to be a citizen of any state in which it has been incorporated and of the state in which it has its principal place of business. *See 28 U.S.C. §1332(c)(1).*

7. Defendant, GREYHOUND LINES, INC., is a foreign corporation organized under the laws of Delaware with its principal place of business in Dallas, Texas.

8. Complete diversity of citizenship exists in this cause insofar as Defendant is a citizen for diversity purposes of Delaware and Texas while Plaintiff is a citizen of Illinois.

9. Plaintiff does not quantify the amount of damages she seeks to recover in this case. From the face of the Complaint, however, it is apparent that the amount in controversy more likely than not exceeds $75,000, exclusive of interest and costs.

10. Plaintiff's attorney filed an affidavit along with the Complaint that the total money damages sought in this civil action exceeds $50,000.00. (See affidavit attached as Exhibit "C".)

11. Plaintiff has currently incurred approximately $45,000.00 in medical bills and she continues to treat for the injuries she allegedly sustained in this incident.

12. Defendant's attorney, John W. Patton has a good faith belief that the requisite amount in controversy is met as there is already $45,000.00 in economic damages.

13. Venue is proper in this District under 28 U.S.C. §1446(a) because this District embraces the place where the removed action was originally filed.

14. Plaintiff has not filed a jury demand in the state court action.

15. Defendant shall promptly file a copy of this Notice of Removal with the Clerk of Courts of the state court where the action was filed and pending. A true and correct copy of the planned Notice of Removal to be filed with the Clerk of Courts of the Circuit Court of Cook County is attached hereto as Exhibit "D".

WHEREFORE the Defendant respectfully requests removal of the state court case to the Northern District of Illinois, Eastern Division, and for any and all just and equitable relief as the court deems appropriate.

Dated this 29th date of June, 2015.

        Respectfully submitted,

        PATTON & RYAN, LLC
        Attorneys for GREYHOUND LINES, INC.

        /s/ John W. Patton_____

John W. Patton
Kathryn Vaughan
PATTON & RYAN, LLC
330 N. Wabash Ave
Suite 3800
Chicago, Illinois 60611
Tel. (312) 261-5162
Fax (312) 261-5161
jpatton@pattonryan.com
kvaughan@pattonryan.com