**DEFENDANT'S EXHIBIT A**

STATE OF ILLINOIS  )
                   ) SS:
COUNTY OF COOK     )

ATTORNEY NO. 19404

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

SONYA I. WILLIAMS,

    Plaintiff,

vs.                                             No.

GREYHOUND LINES, INC. a Delaware Corporation,

    Defendant.

2015L005446
CALENDAR/ROOM X
TIME 00:00
Premises Liability

## COMPLAINT

NOW COMES Plaintiff, SONYA I. WILLIAMS,, by her attorneys, ROBERTSON & WALL, and complaining of Defendant, GREYHOUND LINES, INC., a Delaware Corporation, as follows:

1. That on June 24, 2013, and for a long period of time prior thereto, Defendant, GREYHOUND LINES, INC., [hereinafter referred to as GREYHOUND] was and still is a foreign corporation organized and existing under the laws of the State of Delaware.

2. That at all times herein alleged, Defendant GREYHOUND was and still is in the business of transporting passengers for hire; that as such, GREYHOUND is a common carrier. That on said date GREYHOUND owned, operated, managed and controlled a certain motorbus and owed to its fare-paying passengers riding therein the duty of exercising the highest degree of care for the safety of its passengers, including Plaintiff, consistent with the practical operation of its business.

3. That on said date, Defendant, GREYHOUND, owned, and by its duly authorized agent and employee, operated, managed, maintained and controlled a certain motorbus traveling from Memphis, TN to Chicago, IL, on I-55, at or near Matthews, Missouri.

4. That on the date aforesaid, Plaintiff was a fare-paying passenger for hire on Defendant's motorbus, and at all times herein mentioned was in the exercise of all due care and caution for her own safety.

5. That Defendant, GREYHOUND, by its authorized agent and employee bus operator, then and there failed to exercise the highest degree of care for the safety of the Plaintiff, amounting to negligence.

6. That in violation of its duty, Defendant by its duly authorized agent and employee bus operator, failed to act in one or more of the following ways, amounting to negligence;

   a. Operated said motorbus at a speed too fast or otherwise controlled said motorbus in a manner which failed to safeguard passengers on the bus;

   b. Applied the brakes in such a hard manner that Plaintiff was caused to fall;

   c. Operated the bus in such a manner as to cause Plaintiff to fall;

   d. Made an unexpected and unscheduled detour from the highway, making such detour in a sudden and severe maneuver, causing Plaintiff to fall;

   e. Otherwise carelessly, negligently and improperly operated, maintained and controlled said motorbus.

7. That as a direct and proximate result of one or more or all of the foregoing wrongful acts or omissions on the part of the Defendant by its duly authorized agent and employee bus operator, Plaintiff thereby directly sustained serious, severe and permanent injuries to her person; was forced to expend and will continue to be forced to expend large sums of money for her medical care and treatment; and was kept and will continue to be kept from her usual occupation and affairs for an extended period of time.

WHEREFORE, Plaintiff, SONYA I. WILLIAMS, prays judgment against Defendant, GREYHOUND LINES, INC., a Delaware Corporation, in an amount in excess of $50,000.00 plus the costs of this action.

ROBERTSON & WALL

BY: _____

**ROBERTSON & WALL**
670 North Clark St., Suite 300
Chicago, Illinois 60654
(312) 943-7866   FAX (312) 469-1148