**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**SONYA I. WILLIAMS,**
               **Plaintiff,**

vs.            No. 15-cv-5731
                Magistrate WEISMAN

**GREYHOUND LINES, INC. a
Delaware Corporation,**
               **Defendant,**

<u>**ORDER**</u>

This matter coming before the Court upon the Motions of Plaintiff to adjudicate Liens and to dismiss the action; the Court being advised that the action has been settled between the parties, and all liens are resolved either by agreement or no response to the Motion to Adjudicate; and,

**IT HEREBY IS ORDERED:**

1. The following healthcare providers furnished services to Plaintiff and perfected liens; the amount in *parens* is the gross amount of each lien; each lien is adjudicated to the amount shown in the column at right pursuant to The Illinois Lien Act:

```
SCOTT R. FLADLAND, DC      [575.00]                     80.63
ILLINOIS BACK AND NECK INSTITUTE  [$35,405.50]       4,965.11
PAIN CENTER OF ILLINOIS [16,794.00]                  2,355.11
ASHLAND MEDICAL CENTER [$6,831.45]                     958.01
ATI PHYSICAL THERAPY       [18,159.49]               2,546.60
SKAN NATIONAL RADIOLOGY SERVICES [5,400.00]            900.00
RONALD SILVER, MD/IBJ      [15,375.06]               2,156.13
NORTH WEST CHICAGO MEDICAL FACILITY  [20,755.15]     2,910.61
VIRENDRA DESAI, MD    [$2,026.28]                      284.15
GREAT LAKES REHABILITATION SERVICES [$4,425.00         620.54
MOLECULAR IMAGING, by MedChex  [$2,369.00]             332.21
ROYAL FIRST ASSISTANTS, INC. [$6,073.00]               851.65
PRESCRIPTION PARTNERS, LLC    [$249.68                  35.91

ILLINOIS DEPT. OF HEALTHCARE SERVICES [$7,908.69]    1,109.08
```

2. This matter be and hereby is dismissed as to all parties, with prejudice and without costs.

3. The status hearing set for MAY 24, 2017, 9:15 am, Magistrate WEISMAN, hereby is stricken. This matter is off call.

So Ordered.

Dated: 5-10-17

*M. David Weisman*

M. David Weisman
United Status Magistrate Judge

Name ROBERTSON & WALL
Attorney for PLAINTIFF
Address 670 N. CLARK,#300
City CHICAGO,IL 60654
Telephone 312-943-7866
dave@robertsonwall.com